UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

RESEARCH IN MOTION LIMITED,

        Plaintiff,

    - against -

BEYOND CELL INTERNATIONAL, INC.,
JOHN DOES 1-50, XYZ BUSINESS,

        Defendants.

------------------------------------------------------X

08 CV 03322 (TPG)

ORDER CONFIRMING SEIZURE, UNSEALING RECORD AND RELEASING BOND

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

    Upon the request of plaintiff Research In Motion Limited and with the consent of the defendants,

    IT IS HEREBY ORDERED that Plaintiff's *ex parte* seizure conducted on April 8, 2008, is confirmed as proper;

    IT IS FURTHER ORDERED that the Clerk of this Court shall lift the seal and the parties may publicly file all papers concerning the aforementioned seizure, including but not limited to the Complaint, the Order Granting Temporary Relief Authorizing *Ex Parte* Seizure, Allowing Expedited Discovery and To Show Cause For Preliminary Injunction, and the supporting Memorandum of Law; and

    IT IS FURTHER ORDERED that the Clerk of this Court shall release the security bond ordered by the Court in this case.

DATED: 4/18/08

_____
UNITED STATES DISTRICT JUDGE

80177967.1