Mark N. Mutterperl
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Phone: (212) 318-3000
Fax:   (212) 318-3400
Email: mmutterperl@fulbright.com

*Attorneys for Plaintiff*
*Research In Motion Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— X
: 
: 
: 
: 
RESEARCH IN MOTION LIMITED,                        :
: 
          Plaintiff,                               :          *3322*
: 08 CV 03321 (RJS)
          - against -                              :
: CONSENT PRELIMINARY
BEYOND CELL INTERNATIONAL, INC., JOHN              : INJUNCTION
DOES 1-50, XYZ BUSINESS,                           :
: 
          Defendants.                              :
: 
: 
: 
: 
———————————————————— X

        Plaintiff Research In Motion Limited ("plaintiff" or "RIM"), having filed its complaint

on April 3, 2008, and defendant ~~John Doe~~ *Beyond Cell International, Inc.* ("defendant") having consented to this Preliminary

Injunction,

        NOW, THEREFORE, upon the consent of the parties hereto,

        IT IS ORDERED, ADJUDGED and DECREED that the Preliminary Injunction be

entered as follows:

        1.        This Court has jurisdiction of the subject matter of this action and over all the

parties hereto.

80173988.1

*Plaintiff alleges that*

2.    The ^plaintiff's BLACKBERRY Trademarks and Trade Dress, described and

defined in the Complaint filed in this action (hereinafter, "BLACKBERRY Marks"), which

Complaint is incorporated herein and made a part hereof, are good, valid and enforceable in law

as against defendant, and defendant accepts plaintiff's representation that plaintiff is the sole

proprietor of all right, title and interest in and to said BLACKBERRY Marks.

3.    Defendant and its successors, assigns, affiliates, agents, servants, employees and

representatives, and all persons, firms and corporations in active concert or participation with

defendant who receive notice hereof, are hereby enjoined and restrained, until such time as this

Court shall order otherwise, from purchasing, selling, distributing, or otherwise receiving *, other than customer returns, which shall be maintained as required by para. 4 of this order,* unauthorized, counterfeit BLACKBERRY batteries including without limitation the following

models identified in the Complaint:

| | | |
|---|---|---|
| • "BBB6510": | "RIM BlackBerry 6510 7290 7230 7200 7210 7250 7270 7280 7230 7510 7520 7750 7780 Li-ion Battery (Standard 1000 mAh Capacity) | |
| • "BBB8100": | "BlackBerry 8100 Pearl 8120 Pearl 8130 CDMA-Pearl c-m2 Li-on Battery (1000mAh)" | |
| • "BBB8300": | "Blackberry RIM Curve 8300 8320 8310 7100g 7100i 7100t 7100v 7100x 7105t 7130c 7130e 7130g 8700c 8700f 8700g 8700r 8700v 8703e 8705g 8707g 8707v Li-ion Battery 1000 mAh" | |
| • "BBB8700": | "Blackberry RIM Curve 8300 8320 8310 7100g 7100i 7100t 7100v 7100x 7105t 7130c 7130e 7130g 8700c 8700f 8700g 8700r 8700v 8703e 8705g 8707g 8707v Li-ion Battery 1000 mAh" | |
| • "BBB8800": | "BlackBerry 8800 8830 Li-ion 1200mAH" | |

(Collectively referred to herein as the "Counterfeit Batteries").

4.    Defendant shall promptly segregate, quarantine and maintain any and all

Counterfeit Batteries if any are in or come into defendant's possession.

5.    The Court shall continue to retain jurisdiction to construe, enforce, or implement the Preliminary Injunction upon the application of either party.

6.    *No bond shall be required.*

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

Approved:

Date: _April 8, 2008_

FULBRIGHT & JAWORSKI L.L.P.

_____
Mark N. Mutterperl (MM 1977)
666 Fifth Avenue
New York, New York 10103
(212) 318-3000

*Attorneys for Plaintiff*
*Research In Motion Limited*

Date: _4-8-08_

_Beyond Cell Int'l Inc_

_By: _____ Ch___

_Account Manager_

*Defendant*