Mark N. Mutterperl
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Phone: (212) 318-3000
Fax:    (212) 318-3400
Email: mmutterperl@fulbright.com

*Attorneys for Plaintiff*
*Research In Motion Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

RESEARCH IN MOTION LIMITED,

        Plaintiff,

- against -

BEYOND CELL INTERNATIONAL, INC., JOHN DOES 1-50, XYZ BUSINESS,

        Defendants.

------------------------------------------------------- X

08 CV 03322 (RJS)

CONSENT PRELIMINARY INJUNCTION

    Plaintiff Research In Motion Limited ("plaintiff" or "RIM"), having filed its complaint on April 3, 2008, and defendant ~~John Doe~~ *Jacob Chenghsiang Jen* ("defendant") having consented to this Preliminary Injunction,

    NOW, THEREFORE, upon the consent of the parties hereto,

    IT IS ORDERED, ADJUDGED and DECREED that the Preliminary Injunction be entered as follows:

    1.    This Court has jurisdiction of the subject matter of this action and over all the parties hereto.

80173988.1

2. The plaintiff alleges that plaintiff's BLACKBERRY Trademarks and Trade Dress, described and defined in the Complaint filed in this action (hereinafter, "BLACKBERRY Marks"), which Complaint is incorporated herein and made a part hereof, are good, valid and enforceable in law as against defendant, and defendant accepts plaintiff's representation that plaintiff is the sole proprietor of all right, title and interest in and to said BLACKBERRY Marks.

3. Defendant and its successors, assigns, affiliates, agents, servants, employees and representatives, and all persons, firms and corporations in active concert or participation with defendant who receive notice hereof, are hereby enjoined and restrained, until such time as this Court shall order otherwise, from purchasing, selling, distributing, or otherwise receiving, other than customer returns, which shall be maintained as required by para. 4 of this order, unauthorized, counterfeit BLACKBERRY batteries including without limitation the following models identified in the Complaint:

- "BBB6510":   "RIM BlackBerry 6510 7290 7230 7200 7210 7250 7270 7280 7230 7510 7520 7750 7780 Li-ion Battery (Standard 1000 mAh Capacity)
- "BBB8100":   "BlackBerry 8100 Pearl 8120 Pearl 8130 CDMA-Pearl c-m2 Li-on Battery (1000mAh)"
- "BBB8300":   "Blackberry RIM Curve 8300 8320 8310 7100g 7100i 7100t 7100v 7100x 7105t 7130c 7130e 7130g 8700c 8700f 8700g 8700r 8700v 8703e 8705g 8707g 8707v Li-ion Battery 1000 mAh"
- "BBB8700":   "Blackberry RIM Curve 8300 8320 8310 7100g 7100i 7100t 7100v 7100x 7105t 7130c 7130e 7130g 8700c 8700f 8700g 8700r 8700v 8703e 8705g 8707g 8707v Li-ion Battery 1000 mAh"
- "BBB8800":   "BlackBerry 8800 8830 Li-ion 1200mAH"

(Collectively referred to herein as the "Counterfeit Batteries").

4. Defendant shall promptly segregate, quarantine and maintain any and all Counterfeit Batteries if any are in or come into defendant's possession.

5.  The Court shall continue to retain jurisdiction to construe, enforce, or implement the Preliminary Injunction upon the application of either party.

6. No bond shall be required.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

Approved:

Date: *April 10, 2008*

Date: 4/8/08

*JACOB J2N*

FULBRIGHT & JAWORSKI L.L.P.

_____
Mark N. Mutterperl (MM 1977)
666 Fifth Avenue
New York, New York 10103
(212) 318-3000

*Attorneys for Plaintiff*
*Research In Motion Limited*

*Defendant*