**MEMO ENDORSED**



**WACHTEL & MASYR, LLP**

110 EAST 59TH STREET
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 909-9500
FACSIMILE: (212) 371-0320

LONG ISLAND OFFICE

1055 FRANKLIN AVENUE, SUITE 306
GARDEN CITY, N. Y. 11530
TELEPHONE: (516) 248-4300
FACSIMILE: (516) 478-6798

EUROPEAN OFFICE

VIA G. LA PIRA, 21
FLORENCE, ITALY 50121
TELEPHONE: (055) 284147
FACSIMILE: (055) 268594

STEVEN J. COHEN
PARTNER
DIRECT DIAL: (212) 909-9505
DIRECT FAX: (212) 909-9463
cohen@wmllp.com

May 1, 2008

**By Hand**

Honorable Thomas P. Griesa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007-1312

MAY 2 2008

Re:  Research in Motion Ltd. v. Beyond Cell International et al
    08 Civ 03322 (TPG)

Dear Judge Griesa:

We represent, together with Thomas I. Rozsa, Esq., defendant Beyond Cell International in the above matter. The correct name of the defendant is Beyond Electronics Inc. d/b/a Beyond Cell. The purpose of this letter is to request an adjournment of the time for our client to answer or otherwise respond to plaintiff's Complaint until May 19, 2008. The original deadline was April 28, 2008. The reason this request is being made now is because there was confusion over the assignment of this action, and, accordingly, last week we directed this request for an adjournment to Judge Sullivan.

Plaintiff's counsel, Jessica Parise, Esq. of Fulbright & Jaworski, L.L.P, does not object to our request. There have been no previous requests for adjournments or extensions of time in this action.

Respectfully submitted,

Steven J. Cohen

SJC/eb

cc:  Jessica Parise, Esq.    (by email)
     Thomas I. Rozsa, Esq. (by email)

Approved.
Thomas P. Griesa
USDJ  5/6/08

G:\CLIENT DOCUMENTS\R\Research In Motion Ltd\Correspondence\Ltr to Judge Griesa 5 1 08.doc