Steven J. Cohen (SC-1289)
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
(212) 909-9500
Attorneys for Defendant Beyond Electronics, Inc.
d/b/a Beyond Cell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESEARCH IN MOTION LIMITED,

                Plaintiff,

  -against-

BEYOND CELL INTERNATIONAL, INC., JOHN DOES 1-50, XYZ BUSINESS,

                Defendants.

08 CV 03322 (TPG)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as counsel for defendant Beyond Electronics, Inc., d/b/a Beyond Cell, sued as "Beyond Cell International" for all matters in the above-captioned action and demands that copies of all papers and proceedings in this action subsequent to the date of this notice, be served upon the undersigned at the address below.

Dated: New York, New York
       May 7, 2008

                                      WACHTEL & MASYR, LLP

                                      By: _____
                                      Steven J. Cohen (SC-1289)
                                      Wachtel & Masyr, LLP
                                      110 East 59th Street
                                      New York, NY 10022
                                      Tel. (212) 909-9500
                                      Fax. (212) 909-9463
                                      cohen@wmllp.com

TO: Martin N. Mutterperl, Esq.
Fulbright & Jaworski, L.L.P.
666 Fifth Avenue
New York, New York 10103

*Attorneys for Plaintiff*