UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESEARCH IN MOTION LIMITED,

                Plaintiff,

-against-

BEYOND CELL INTERNATIONAL, INC., JOHN DOES 1-50; AND XYZ BUSINESSES,

                Defendant.

08-CV-03322 (TCP)

**RULE 7.1 STATEMENT**

(JURY TRIAL DEMANDED)

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Beyond Electronics Inc. d/b/a Beyond Cell (erroneously sued as "Beyond Cell International, Inc."), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Date: New York, New York
      May 19, 2008

                                        /s/
                              Steven J. Cohen (SC-1289)