Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RESEARCH IN MOTION LIMITED,

        Plaintiff(s),

  -against-

BEYOND CELL INTERNATIONAL, INC.,
et al.,

        Defendant(s).
-------------------------------------------------------X
RELATED THIRD PARTY ACTION
-------------------------------------------------------X

Index No.08-CV-3322

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
        S.S.:
COUNTY OF NEW YORK)

      NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 19th day of July, 2008, at approximately 10:10 a.m., deponent served a true copy of the Third Party Summons and Third Party Complaint upon American Eagle Business Inc. at 221-28 59th Avenue, Bayside, NY, by personally delivering and leaving the same with Hua Zhan Chan, President, who informed deponent that he is an officer authorized by law to receive service at that address.

      Hua Zhan Chan is an Asian male, approximately 48 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 160 pounds with black hair and brown eyes.

NELSON CARVAJAL #965441

Sworn to before me this
23rd day of July, 2008

NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JULY 1, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com