**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

# LAW OFFICE OF MARK D. SPEED

60 EAST 42ND STREET
SUITE 1563
NEW YORK, N.Y. 10165

TELEPHONE (212) 344-3339
FACSIMILE (212) 344-3635
E-MAIL: mds@markdspeedlaw.com

RECEIVED
AUG - 7 2008
CHAMBERS OF

August 6, 2008

**BY HAND**

Honorable Thomas P. Griesa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007-1312

    Re:    Research In Motion Ltd. v. Beyond Cell International et al.
            08 Civ 03322 (TPG)

Dear Judge Griesa:

    This firm has been retained to represent third-party defendant American Eagle Business, Inc. The purpose of this letter is to request an adjournment of the time for our client to answer or otherwise respond to the defendant's third-party complaint until September 2, 2008. This is a three week extension from the time said third-party defendant otherwise must respond, i.e., August 11, 2008.

    Third-party defendant's counsel, Steven J. Cohen, Esq. of Wachtel & Masyr, LLP, does not object to our request. There have been no previous requests for adjournments or extensions of time by said third-party defendant in this action.

                                  Respectfully submitted,

                                  Mark D. Speed

MDS/ey

cc: Steven J. Cohen, Esq. (by email)
     Mark Mutterpert, Esq. (by email)

*Approved.*
*Thomas P. Griesa /USDJ  8/7/08*