# MEMO ENDORSED

## FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
666 FIFTH AVENUE, 31ST FLOOR
NEW YORK, NEW YORK 10103-3198
WWW.FULBRIGHT.COM

JPARISE@FULBRIGHT.COM
DIRECT DIAL: (212) 318-3397

TELEPHONE: (212) 318-3000
FACSIMILE: (212) 318-3400

July 31, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

**HAND DELIVERY**

Honorable Thomas P. Griesa
U.S. District Court Judge
United States Courthouse
500 Pearl St., Room 1630
New York, NY 10007

Re: *Research In Motion Limited v. Beyond Cell International, Inc. et al.*
Civil Action No. 08 CV ~~3222~~ 3322 (TPG)

Judge Griesa:

We are Counsel for Plaintiff Research In Motion Limited. We write to request leave to file the attached First Amended Complaint in the above-referenced matter.

The First Amended Complaint adds two new parties, Shenzhen Silver Eagle Electronic Co. and American Eagle Business Inc. (together, "Silver Eagle"). We understand that Silver Eagle is a supplier to defendant Beyond Cell International of at least some of the counterfeit batteries at issue in the matter.

Accordingly, Plaintiff respectfully requests leave to file the attached First Amended Complaint. Thank you for your attention to this matter.

Very truly yours,

*Jessica Parise /JS*
Jessica Parise

*Granted,*
*Thomas P. Griesa*
*USDJ*
*8/8/08*

cc: Tom Rozsa, Counsel, Beyond Cell International, Inc.

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • RIYADH • SAN ANTONIO • ST LOUIS • WASHINGTON DC