AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Research In Motion Limited

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 08 CV 03322 (TPG)

Beyond Cell International, Shenzhen Silver Eagle Electronic Co., American Eagle Business Inc., John Does 1-50; and XYZ Businesses.

TO: (Name and address of defendant)

American Eagle Business Inc.
221-28 59th Avenue
Bayside, New York 11364

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark N. Mutterperl
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 12 2008

CLERK

(BY) DEPUTY CLERK

DATE

Mark N. Mutterperl
Jessica S. Parise
Chehrazade Chemcham
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel: (212) 318-3000
Fax: (212) 318-3400
*Attorneys for Research In Motion Limited*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RESEARCH IN MOTION LIMITED

 *Plaintiff,*

 -against-

BEYOND CELL INTERNATIONAL,
SHENZHEN SILVER EAGLE
ELECTRONIC CO., AMERICAN EAGLE
BUSINESS INC., JOHN DOES 1-50; and
XYZ BUSINESSES,

 *Defendants.*

------------------------------------------------------------x

CIVIL ACTION NO. 08 CV 03322 (TPG)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
          ) ss:
COUNTY OF NEW YORK )

 VICTOR A. RIVERA, being duly sworn, deposes and says:

 1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Fulbright & Jaworski, L.L.P., 666 Fifth Avenue, New York, NY 10103.

 2. On August 19, 2008 I served a Summons and Amended Complaint upon American Eagle Business, Inc., 221-28 59th Avenue, Bayside, New York 11364 ("American Eagle") by personally delivering true copies of same to Mark Speed, Esq. at the Law Office of Mark Speed, 60 East 42nd Street, New York, New York 10165 . Mark Speed, who is counsel for

American Eagle, indicated to me that he was authorized to accept said service on behalf of American Eagle and personally took possession of the Summons and Complaint from me.

3. Mark Speed is described as a white male, approximately 50 years of age, 5' 8", 170 lbs, with light brown hair with gray flecks, and greenish brown eyes.

_____
Victor A. Rivera

Sworn to before me this
19th day of August, 2008

_____
Notary Public
SYLVESTER HINDS
NOTARY PUBLIC, State of New York
No. 03-4819881
Qualified in Bronx & New York Counties
Commission Expires Oct. 31, 2010