Mark D. Speed (MS-3095)
Law Office of Mark D. Speed
60 East 42nd Street, Suite 1563
New York, New York 10165
Telephone (212) 344-3339

*Attorney for Defendant and Third-Party Defendant
American Eagle Business Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESEARCH IN MOTION LIMITED,

          Plaintiff,

-against-

BEYOND CELL INTERNATIONAL, INC., JOHN DOES 1-50; AND XYZ BUSINESSES,

          Defendants.

BEYOND ELECTRONICS INC., d/b/a
BEYOND CELL,

          Third-Party Plaintiff,

-against-

SHENZHEN SILVER EAGLE
ELECTRONIC CO. and AMERICAN EAGLE
BUSINESS INC.,

          Third-Party Defendants.

08 CV 03322 (TPG)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as counsel for defendant and third-party defendant American Eagle Business Inc. for all matters in the above-captioned action and demands that copies of

all papers and proceedings in this action subsequent to the date of this notice, be served upon the undersigned at the address below.

Dated: New York, New York
       September 2, 2008

**LAW OFFICE OF MARK D. SPEED**

By: *Mark D. Speed*
Mark D. Speed (MS-3095)
60 East 42nd Street, Suite 1563
New York, NY 10165
Tel. (212) 344-3339
Fax. (212) 344-3635
mds@markdspeedlaw.com
*Attorney for Defendant and Third-Party Defendant American Eagle Business, Inc.*

TO:  Martin N. Mutterperl, Esq.
     Fulbright & Jaworski, L.L.P.
     666 Fifth Avenue
     New York, New York 10103
     *Attorneys for Plaintiff*

     Steven J. Cohen, Esq.
     Wachtel & Masyr, LLP
     110 East 59th Street
     New York, New York 10022
     and

     Thomas I. Rozsa, Esq.
     Rozsa Law Group LC
     18757 Burbank Boulevard
     Suite 220
     Tarzana, CA 91356-3346
     *Attorneys for Defendant Beyond Electronics Inc. d/b/a Beyond Cell*