Mark D. Speed (MS-3095)
Law Office of Mark D. Speed
60 East 42nd Street, Suite 1563
New York, New York 10165
Telephone (212) 344-3339

*Attorney for Defendant and Third-Party Defendant
American Eagle Business Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESEARCH IN MOTION LIMITED, | 08 CV 03322 (TPG) |
| Plaintiff, | |
| -against- | **RULE 7.1 STATEMENT** |
| BEYOND CELL INTERNATIONAL, INC., JOHN DOES 1-50; AND XYZ BUSINESSES, | |
| Defendants. | |
| BEYOND ELECTRONICS INC., d/b/a BEYOND CELL, | |
| Third-Party Plaintiff, | |
| -against- | |
| SHENZHEN SILVER EAGLE ELECTRONIC CO. and AMERICAN EAGLE BUSINESS INC., | |
| Third-Party Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant and Third-Party Defendant American

Eagle Business Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Date:  New York, New York
       September 2, 2008

_____
Mark D. Speed (MS-3095)